UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MICHAEL MCFIELD**                                              **PLAINTIFF**

VS.                                              CIVIL ACTION NO. 3:11cv673-DPJ-FKB

**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY**              **DEFENDANT**

consolidated with

**MICHAEL MCFIELD**                                              **PLAINTIFF**

VS.                                              CIVIL ACTION NO. 3:12cv236-DPJ-FKB

**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY**              **DEFENDANT**

### SPECIAL VERDICT FORM

Consistent with all of the other instructions you have been given, please answer the following questions:

1. Has Plaintiff proved by a preponderance of the evidence that his race was a motivating factor for Defendant's decision to terminate his employment?

_____
Yes

___X___
No

If the answer to Question No. 1 is "no," do not answer any further questions. Sign the verdict form and return it to the bailiff.

If the answer to Question No. 1 is "yes," proceed to Question No. 2.

    2.    Has Defendant proved by a preponderance of the evidence that it would have made the same decision to terminate Plaintiff's employment even if it had not considered his race?

_____
Yes

_____
No

If your answer to Question No. 2 is "no," proceed to Question No. 3.

If your answer to Question No. 2 is "yes," do not answer any further questions. Sign the verdict form and return it to the bailiff.

    3.    We find Plaintiff's damages to be:

Back pay $_____

Noneconomic damages $_____

Dated: *June 5, 2014*